1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*

7
   Attorneys for the United States.
8

9

10                  **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12

13  CARNEGIE HEIGHTS, LLC, a Nevada limited )
    liability company; and MME, LLC, a Nevada )
14  limited liability company,                )
                                              )
15                     Plaintiffs,            )
                                              )
16         v.                                 )   Case No. 2:10-cv-01295-GMN-GWF
                                              )
17  FEDERAL DEPOSIT INSURANCE                 )
    CORPORATION, in its corporate capacity and )
18  as receiver for New South Federal Savings )
    Bank; LPP MORTGAGE, LTD., a Texas         )
19  limited partnership; ROE COMPANIES 1-10;  )
    and DOE INDIVIDUALS 1-10.                 )
20                                            )
                       Defendants.            )
21  _____)

22

23       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

24         Pursuant to LR IA 10-3, the United States of America respectfully requests that this

25  honorable Court permit Daniel H. Kurtenbach to practice before this honorable Court in all

26  matters relating to the above-captioned case.

Mr. Kurtenbach is an attorney with the Federal Deposit Insurance Corporation, an agency of the federal government. Mr. Kurtenbach is a member in good standing of the Bar of the District of Columbia (Bar No. 426590).

The following contact information is provided to the Court:

Daniel H. Kurtenbach
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room VS-D7026
Arlington, Virginia 22226
dkurtenbach@fdic.gov
703-562-2465 (office)
703-562-2477 (fax)

Accordingly, the United States respectfully requests that an order be issued allowing Daniel H. Kurtenbach to practice before this honorable Court.

DATED this 18th day of April 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ Blaine Welsh
BLAINE T. WELSH
Assistant United States Attorney


IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: April 18, 2011

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Gordon H. Warren
Kevin R. Stolworthy
Jones Vargas
3773 Howard Hughes Pkwy., 3rd Floor So.
Las Vegas, Nevada 89169
702-862-3300       FAX 702-737-7705
krs@jonesvargas.com

Dan R. Waite
Lewis and Roca, LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
702-949-8200       FAX 702-949-8398
dwaite@lrlaw.com

DATED this 18th day of April 2011.

                                                  */s/ Blaine Welsh*
                                                BLAINE T. WELSH
                                                Assistant United States Attorney